♦AO 93   (Rev. 12/03) Search Warrant

# UNITED STATES DISTRICT COURT

SOUTHERN   District of   CALIFORNIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

One (1) Motorola T Mobile Cellular Telephone
Serial Number: D563ET9207
SIM Card and ID Number: 8952020306610039480F
Black/Silver in Color

## SEARCH WARRANT

Case Number: '08 MJ 8652

**FILED**
AUG 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: COLE DOTSON and any Authorized Officer of the United States

Affidavit(s) having been made before me by   COLE DOTSON   who has reason to believe
                                              Affiant

that   ☐ on the person of, or   ✓ on the premises known as (name, description and/or location)

REFER TO ATTACHMENT A

in the _____ SOUTHERN _____ District of  CALIFORNIA _____ there is now
concealed a certain person or property, namely (describe the person or property)

REFER TO ATTACHMENT B

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described
is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before   August 15, 2008
                                                       Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the
search   ☐ in the daytime — 6:00 AM to 10:00 P.M.   ✓ at anytime in the day or night as I find reasonable cause has been
established and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person
or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to

                    PETER C. LEWIS                              as required by law.
              U.S. Magistrate Judge (Rule 41(f)(4))


July 17, 2008 @ 9:54 a.m.         at    EL CENTRO, CA
Date and Time Issued                    City and State

Peter C. Lewis, U. S. Magistrate Judge         [signature]
Name and Title of Judge                        Signature of Judge

AO 93    (Rev. 12/03)  Search Warrant (Reverse)

| RETURN | Case Number: | 08 MJ 8652 |
|---|---|---|
| DATE WARRANT RECEIVED 7/9/2008 | DATE AND TIME WARRANT EXECUTED 7/18/2008  1551 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH SSA Dave Marshall |
| INVENTORY MADE IN THE PRESENCE OF SA Andrew Chace ||| 

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

37 Contact Items

10 Recent Calls

2 Stored SMS messages

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_  August 12, 2008
Signature of Judge    Date

## ATTACHMENT A

## PROPERTY/ITEMS TO BE SEARCHED

The property/items to be searched are described as:

One (1) Motorola T Mobile Cellular Telephone
Serial Number: D563ET9207
SIM Card & ID Number: 8952020306610039480F
Black/Silver in Color

**ATTACHMENT B**

**ITEMS TO BE SEIZED**

One (1) Motorola T Mobile Cellular Telephone, Serial Number: D563ET9207, SIM Card & ID Number: 89520203066610039480F, Black/Silver in Color, presently in the custody of U. S. Immigration & Customs Enforcement, Resident Agent in Charge, El Centro, CA.

After U. S. Immigration & Customs officers gain access to the cellular telephone, the cellular telephone will be searched for the following electronic data:

1. The phone numbers and/or direct connect and/or names and identities assigned to the cellular phone; which constitutes evidence of the commission of Title 21, United States Code, 952, 960, & 841(a)(1);

2. Digital, cellular, and/or telephone numbers and/or direct connect numbers, names and identities stored in the directories; which constitutes evidence of the commission of Title 21, United States Code, 952, 960, & 841(a)(1);

3. Phone numbers and direct connect numbers dialed from the cellular phone and stored in memory; which constitutes evidence of the commission of Title 21, United States Code, 952, 960, & 841(a)(1);

4. The last number dialed from the cellular phone; which constitutes evidence of the commission of Title 21, United States Code, 952, 960, & 841(a)(1);

5. Text messages, voicemail, and pictures; which constitutes evidence of the commission of Title 21, United States Code, 952, 960, & 841(a)(1).